RECEIVED
JUL 06 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DON C. WILLIS (#106680) | DOCKET NO.1:10-cv-0170; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN TIM WILKINSON, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as duplicative and therefore malicious in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this 5th day of July, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE